UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KE'MON CHAPMAN,
                              Plaintiff,

                -against-

CITY WINERY NY - PIER 57, LLC,
                              Defendant.
------------------------------------------------------------X

23 Civ. 2778 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 15, 2023, required the parties to file a status letter on August 22, 2023, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **September 1, 2023**, the parties shall file the joint letter.

Dated: August 28, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**