UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KE'MON CHAPMAN, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>- against -<br><br>CITY WINERY NY– PIER 57, LLC,<br><br>       Defendant. | Case No.: 23-cv-02778-LGS<br><br>**DECLARATION OF<br>PAUL J. RUTIGLIANO** |

  I, Paul J. Rutigliano, an attorney admitted to practice law before this Court, hereby affirms, pursuant to 28 U.S.C. §1746, as follows:

  1. I am an attorney and partner with Akerman LLP and represent Defendant City Winery NY-Pier 57, LLC ("Defendant" or "City Winery") in the instant case.

  2. I am filing this declaration in support of Defendant's motion for reconsideration of the Court's denial of City Winery's partial motion to dismiss plaintiff Ke'Mon Chapman's ("Plaintiff") wage statement claim. Specifically, for the purpose of attaching true and correct copies of the documents noted in this declaration.

  3. Attached hereto as Exhibit A is a copy of the Opinion and Order, dated November 30, 2023, denying City Winery's partial motion to dismiss Plaintiff's wage statement claim.

  4. Attached hereto as Exhibit B is a copy of the transcript of the November 1, 2023 court telephonic conference held in this case.

  Executed on this 14th day of December, 2023.

                    /s/ *Paul J. Rutigliano*
                    PAUL J. RUTIGLIANO