# Joseph & Kirschenbaum LLP
### Attorneys At Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2024

June 18, 2024

**VIA ECF**

Judge Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Chapman v. City Winery NY – Pier 57, LLC*
           Case No. 1:23-cv-02778

Dear Judge Garnett:

    We represent the Plaintiffs in the above-referenced action, and we write with the consent of Defendant pursuant to your Honor's Individual Rule I.B.5., to request an adjournment of the post-discovery conference currently scheduled for 9:30am on June 27, 2024. Pursuant to this Court's June 3, 2024 Order, (the "Order") (Dkt. 113), the parties are in the process of completing depositions for three opt-in plaintiffs. Pursuant to the Order, the parties have until July 19, 2024 to complete these depositions and have until July 24, 2024 to provide a status update to the Court and to propose next steps for the case.

    In light of the Court's Order, the parties respectfully request that the June 27, 2024 post-discovery conference be adjourned.

Respectfully submitted,

/s/ Michael DiGiulio
Michael DiGiulio
32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548

*Attorneys for Plaintiffs*

---

GRANTED. The post-discovery conference is hereby adjourned *sine die*. The Court will set a further schedule for this case following receipt of the parties' July 24, 2024 submission.

SO ORDERED. Dated June 20, 2024.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---