UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

KE'MON CHAPMAN, on behalf of      CASE NO. 23 CV 2778 (MMG)
herself and others similarly situated,

    Plaintiff,

v.

CITY WINERY NY – PIER 57, LLC,

    Defendant.

---------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, shall move the Court before the Honorable Margaret M. Garnett at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on February 20, 2025 at 9:30 am for an order granting final approval of the class action settlement agreement pursuant to Fed. R. Civ. P. 23(e).

Dated: New York, New York
      February 13, 2025

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Michael DiGiulio
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 981-9587 (fax)

*Attorneys for Plaintiff, FLSA Collective Plaintiffs, and the Class*