# Exhibit 3



ke'mon chapman

All   Images   Videos   News   Shopping   Forums   Web   ⋮ More   Tools

Did you mean: ***lemon*** chapman


**Thomson Reuters**
https://casetext.com › ... › SD NY › 2023 › November

### Chapman v. City Winery N.Y.-Pier 57, LLC, 23 Civ. 2778 (LGS)

Nov 30, 2023 — Plaintiff **Ke'Mon Chapman** was employed as a server at City Winery from July 2022 until March 2023. Chapman was paid $10 an hour and often worked ...


**Justia Law**
https://law.justia.com › federal › new-york › nysdce

### Chapman v. City Winery NY - Pier 57, LLC, No. 1: ...

Nov 30, 2023 — Plaintiff **Ke'Mon Chapman** was employed as a server at City Winery from July 2022 until March 2023. Chapman was paid $10 an hour and often ...


**Flickr**
https://www.flickr.com › photos

### Ke'Mon Chapman

Explore **Ke'Mon Chapman's** 28 photos on Flickr ... **Ke'Mon Chapman**. ke_photography3. 0 Followers•1 Following. 28 Photos. Joined 2022.


**Spectrum News NY1**
https://ny1.com › nyc › brooklyn › transit › 2022/11/30

### MTA deploys armed security guards to avoid fare evasion

Nov 30, 2022 — "I feel like it's not that serious to have all these security guards to stop people from jumping the stile," said **Ke'Mon Chapman**, a subway rider ...


**Instagram · prettyboi.tendencies**
1.9K+ followers

### Ke'Mon Chapman (@prettyboi.tendencies)

LOUIS DORANTES for WORLDWIDE MAGAZINE ——- PHOTOGRAPHER: **KE'MON CHAPMAN** @PRETTYBOI.TENDENCIES INTERVIEW: ANDYOMO @ANDY.OMO TALENT: LOUIS DORANTES ...

2/13/25, 3:39 PM　　　　　ke'mon chapman - Google Search

### Casetext - CoCounsel
https://casetext.com › ... › SD NY › 2024 › June

## Chapman v. City Winery NY - Pier 57, LLC

**KE'MON CHAPMAN**, on behalf of himself and others similarly situated, Plaintiff, v. CITY WINERY NY - PIER 57, LLC, Defendant. MARGARET M. GARNETT, UNITED STATES ...

### Pinterest
https://www.pinterest.com › kemonchapman333

## Ke'Mon Chapman (kemonchapman333) - Profile

See what **Ke'Mon Chapman** (kemonchapman333) has discovered on Pinterest, the world's biggest collection of ideas.

### Justia Dockets & Filings
https://dockets.justia.com › ... › Southern District

## Chapman v. City Winery NY - Pier 57, LLC 1:2023cv02778

Apr 3, 2023 — Docket Report ; April 3, 2023, Opinion or Order Filing 3 NOTICE OF APPEARANCE by Michael Digiulio on behalf of **Ke'mon Chapman**..(Digiulio, Michael).

### Instagram · prettyboi.tendencies
20+ likes · 2 months ago

## November dump on December 3 cuz it's so hard being ...

Photo shared by **Ke'Mon Chapman** on December 03, 2024 tagging @thisis.

### Threads · @prettyboi.tendencies
360+ followers

## Ke'Mon Chapman (@prettyboi.tendencies)

361 Followers • 29 Threads. See the latest conversations with @prettyboi.tendencies.

1  2  3  4  5  6  7  8  9  10　　Next

Lower Manhattan, New York, NY - From your IP address - Update location

Help　Send feedback　Privacy　Terms

https://www.google.com/search?q=ke%27mon+chapman&sca_esv=16afa8dc77c0fa71&source=hp&ei=c1iuZ9vvItnbptQPoL2I2Q4&iflsig=ACkRmUkA…　　2/2