UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KE'MON CHAPMAN, on behalf of himself and
others similarly situated,

Plaintiff,

-against-

CITY WINERY NY _ PIER 57, LLC,
                Defendant.

23-CV-02778 (MMG)

**DECLARATION OF JONATHAN
PAUL RE NOTICE PROCEDURES**

I, Jonathan Paul, declare as follows:

1.     I am the CEO at Xpand Legal ("Xpand"), a class action settlement administrator that has been retained by the parties to serve as the Settlement Administrator for the settlement in the above referenced action. Xpand is located in Irvine, California. I am over 21 years of age and am not a party to this action. I am responsible for supervising the settlement services provided by Xpand for this matter. The facts set forth herein are true of my own personal knowledge and I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

## I.     EXPERIENCE

2.     Xpand specializes in class action notification and claims administration, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution. Xpand has extensive experience in class action matters, having provided services in class actions ranging in size from 17 to 350,000 Class Members.

Attached hereto as **Exhibit A** is a true and correct copy of Xpand's CV, reflecting our primary competencies as they relate to class action settlement administration.

## II.     OVERVIEW OF XPAND LEGAL'S RESPONSIBILITIES

3.     Xpand's responsibilities in administering the settlement in this action to date have included the following: (a) Establishing a settlement Qualified Settlement Fund ("QSF"); (b) Mailing the Settlement Class Notice to Class Members; (c) Securing a post office box to which Class Members can send Requests for Exclusions, Objections and other communications; (d) Establishing a toll-free telephone number which provides Class Members with information about the proposed Settlement; and (e) calculating distribution amounts to Class Members in accordance with the Agreement.

## III.     CLASS NOTICE

4.     In accordance with the Settlement Agreement, one of Xpand's primary responsibilities was to cause the Class Notice to be mailed to all known Class Members by first-class mail. On November 20, 2024, Xpand received from Defense Counsel a file containing 371 records, which contained the names, addresses, hire and termination dates, and SSNs for known Class Members. As part of the preparation for mailing, Xpand ran all 371 records with a mailing

---

address through the National Change of Address database (NCOA) and received updated addresses for 42 records. The addresses for all 42 records were updated prior to mailing. On December 4, 2024, Xpand mailed a Class Notice to all 371 Class Members. A true and correct copy of the mailed Class Notice is attached hereto as **Exhibit B**. As of February 12, 2025, 66 Notices had been returned as undeliverable without a forwarding address. These records were sent out for skip-tracing, and updated addresses were received for 51 records.

## IV.    CLAIMANT COMMUNICATION

5.    Xpand established Post Office Box 51570, Irvine, CA 92619 to receive written communication from Class Members, including correspondence, requests for exclusion or copies of written objections.

6.    As of February 12, 2025, Xpand had received zero timely requests for exclusion.

7.    As of February 12, 2025, Xpand had received zero objections to the settlement.

8.    The deadline for requesting exclusions and submit objections was January 31, 2025.

## V.    TELEPHONE SUPPORT

9.    Xpand established a toll-free number to allow Settlement Class Members to call our agents and answer any questions or request more information

10.    On December 4, 2024, Xpand activated a toll-free number, 888-557-773, which allows Class Members to receive information and provide answers about the settlement, and allows Class Members to request a Class Notice.

11.    As of February 12, 2025, Xpand has received one phone call.

## VI.    SETTLEMENT ADMINISTRATION COSTS

12.    On December 13, 2024, Xpand assisted Defendants in preparing, printing and mailing notice in compliance with the Class Action Fairness Act (CAFA), 28 U.S.C. § 1715 *et seq*., via USPS Certified mail. A sample of the CAFA notice is attached hereto, as **Exhibit C.**

13.    The total cost for administering this settlement, including expenses for preparing and sending out the CAFA notices, fees incurred and future costs, is estimated to be $9,500.00.

///

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: February 12, 2025

_____
Jonathan Paul