EXHIBIT "C"



Paul J. Rutigliano

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6436
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6454

December 13, 2024

**VIA USPS CERTIFIED MAIL**

Class Action Fairness Act – Notice to Federal and State Officials

The United States Attorney General and
All State Attorneys General on the
Attached Service List

     **RE:**    **Chapman v. City Winery NY— Pier 57,  LLC**
               **United States District Court, Southern District of New York**
               **Case No.: 23-cv-02778 (MMG)**

Dear Sir or Madam:

This Notice is being provided to you in accordance with the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), on behalf of City Winery NY— Pier 57,  LLC ("Defendant"), in the above-referenced putative class action brought under the Fair Labor Standards Act and New York Labor Law, among others (the "Action").

Enclosed with this notice includes copies of the following documents filed in the Action:

| **Exhibit** | **Description** |
|---|---|
| 1. | Class and Collective Action Complaint filed on April 3, 2024, the First Amended Class and Collective Action Complaint filed on July 14, 2023, and the Second Amended Class and Collective Action Complaint filed on August 1, 2023, by plaintiff Ke'Mon Chapman ("Plaintiff"). |
| 2. | Notice of Plaintiff's motion for an order: (i) granting preliminary approval to proposed class and collective action settlement and (ii) directing dissemination of notice to the class and collective. |
| 3. | Memorandum of Law in support of Plaintiff's motion for an order: (i) granting preliminary approval to proposed class and collective action settlement and (ii) directing dissemination of notice to the class and collective. |

4.  Declaration of Denise A. Schulman in support of Plaintiff's motion for an order: (i) granting preliminary approval to proposed class and collective action settlement, (ii) directing dissemination of notice to the class and collective, and attaching:

    Exhibit 1: Settlement Agreement and Release.

    Exhibit 2: [Proposed] Order granting preliminary approval of the proposed class and collective action settlement.

5.  Court Order Preliminarily Approving Class and Collective Action Settlement and Providing For Notice.

Plaintiff's motion for preliminary approval of the settlement and authorization to disseminate notice of settlement was filed with the Court on October 31, 2024, and as of the date of this notice, no motion for final approval of the proposed settlement has been made by Plaintiff. On November 1, 2024, the Court granted preliminary approval of the proposed settlement, and has scheduled a final approval hearing for February 20, 2025 at 9:30 a.m. in Courtroom 906 at the United States District Court, Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

At this time, the parties have identified three hundred and seventy one (371) class members; the names of class members who reside in each state and the estimated proportionate share of the claims of such members is outlined in **Exhibit A**, which attached hereto.

Other than the parties' Settlement Agreement provided herewith and filed as part of Plaintiff's motion for preliminary approval of the settlement with Defendant, there are no other settlements or agreements made between counsel for the parties related to the Class or Collective, as that term is defined in the proposed Settlement Agreement, and as of the date of this notice, no final judgment or dismissal has been entered in this case.

This notice and the accompanying materials are intended to satisfy any and all notification obligations that Defendant might have under CAFA with respect to the Action.

If you have any questions regarding the details of the Action and/or Proposed Settlement, please contact Defendant's counsel at:

> Akerman LLP
> Attn: Paul J. Rutigliano, Esq.
> 1251 Avenue of the Americas, 37th Floor
> New York, NY 10020
> Tel: (212) 259-6436
> Email: Paul.Rutigliano@akerman.com

    Sincerely,

    /s/ Paul J. Rutigliano
    Paul J. Rutigliano

Enclosures

## SERVICE LIST OF CAFA NOTICE RECIPIENTS

| | |
|---|---|
| Alabama Attorney General | Steve Marshall |
| Arizona Attorney General | Kris Mayes |
| Colorado Attorney General | Phil Weiser |
| Florida Attorney General | Ashley Moody |
| Georgia Attorney General | Chris Carr |
| New Jersey Attorney General | Matthew J. Platkin |
| New York Attorney General | Letitia James |
| North Carolina Attorney General | Joshua Stein |
| Pennsylvania Attorney General | Michelle A. Henry |
| Tennessee Attorney General | Jonathan Skrmetti |
| Texas Attorney General | Ken Paxton |
| Virginia Attorney General | Jason Miyares |
| United States Attorney General | Merrick B. Garland |