

Paul J. Rutigliano

Akerman LLP
1251 Avenue of the Americas, 37th Floor
| New York, NY 10020
D: 212-259-6436 | C: 631-433-8580

August 21, 2025

**VIA ECF**

The Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Chapman et al. v. City Winery NY-Pier 57, LLC*
               <u>Case No.  1:23-cv-02778(LGS)</u>

Dear Judge Garnett:

      We represent defendant City Winery NY-Pier 57, LLC ("Defendant") in the above-captioned matter. We write to inform the Court that the parties have agreed to extend the deadline for Defendant to fund the Qualified Settlement Fund from September 1, 2025 to October 1, 2025, amending paragraph 3.1(A) of the settlement agreement in this case. No other provision of the settlement agreement will be modified.  We respectfully request the Court so-order this mutually agreed upon modification.

      Thank you for your time and attention to this matter.

      Respectfully Submitted,

      */s/ Paul J. Rutigliano*
      Paul J. Rutigliano
      Partner

cc:

Plaintiff's attorney (via ECF)

akerman.com

82827417;1